■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE F. STAUFFER, Appellant. [903 NYS2d 297]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered June 5, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ In the Matter of WILLIAM REED, Petitioner, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, Respondent. [903 NYS2d 297]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [John L. Michalski, A.J.], entered May 11, 2009) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.